IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOAN HAYNES, et al.,

   Plaintiffs,

    v.

BAC HOME LOAN SERVICING, LP, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:16-CV-428-TWT

**ORDER**

This is an action to quiet title. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending granting the Defendants' Motion to Dismiss [Doc. 2] and denying the Plaintiffs' Motion to Remand [Doc. 3]. No objections to the Report and Recommendation were filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's Motion to Remand [Doc. 3] is DENIED. The Defendants' Motion to Dismiss [Doc. 2] is GRANTED.

SO ORDERED, this 5 day of August, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge